IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK MOSHE OMONDI | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3392 |
| | § | |
| MICHAEL CHERTOFF, Secretary of the | § | |
| United States Department of Homeland | § | |
| Security, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The respondents' Motion to Dismiss as Moot is granted, based on the petitioner's release from USICE custody on an order of supervision pending his removal from the United States.

This case is dismissed as moot.

SIGNED on February 26, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge